HANFORD HULL et al., Respondents, v. EDNA COOK, Appellant.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.